# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Jose Luis Mendoza-Cardenas

              V.                        **JUDGMENT IN A CIVIL CASE**

United States of America

                                        CASE NUMBER:    11cv2994-JAH

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that because the instant § 2255 motion is a collateral attack on Petitioner's sentence, it falls within the parameters of Petitioner's waiver and must be denied. The Petitioner's Motion to Vacate under 28 USC 2255 is Denied.

| April 12, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON April 12, 2012 |