# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Jose Luis Mendoza-Cardenas

        **V.**        **JUDGMENT IN A CIVIL CASE**

United States of America

        **CASE NUMBER:**   11cv2994-JAH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that because the instant § 2255 motion is a collateral attack on Petitioner's sentence, it falls within the parameters of Petitioner's waiver and must be denied. The Petitioner's Motion to Vacate under 28 USC 2255 is Denied.

| April 12, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON April 12, 2012 |